# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 14, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147156 & (20)

JAY BURTON, Personal Representative of the
Estate of CONNOR BURTON, Deceased,
            Plaintiff-Appellee,

v

SC: 147156
COA: 311463
Sanilac CC: 11-034222-NH

MOHAN DASS MACHA, M.D., MOHAN
DASS MACHA, M.D., P.C., and MARLETTE
REGIONAL HOSPITAL,
            Defendants-Appellants.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 26, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. We further ORDER that trial court proceedings are stayed pending the completion of this appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 14, 2013


Clerk

d0611